

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                           CRIMINAL NO.: 06-17-RET-DLD

TOMMY WALTERS

## ORDER

Considering the above and foregoing *Motion to Designate Case as Complex and to Appoint Co-Counsel,* and after evaluation of the factors specified in 18 U.S.C. 3161(H)(8)(b), and upon finding that that the ends of justice served by designation of the case as complex outweigh the interest of the public and the defendant in a speedy trial as contemplated by 18 U.S.C. 3161(H)(8)(A), thereby waiving the statutory deadlines of the Speedy Trial Act.

IT IS ORDERED this case be designated as a complex case.

IT IS FURTHER ORDERED that Sean Collins, be appointed as co-counsel to Joseph K. Scott, III to assist in the defense of this matter.

IT IS FURTHER ORDERED that the statutory maximum compensation for the CJA Panel Attorneys representing the defendant in this matter is waived.

DONE AND SO ORDERED this 20th day of December, 2007 at Baton Rouge, Louisiana.

CHIEF JUDGE RALPH E. TYSON
UNITED STATES DISTRICT COURT